IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dupont Smiles Family & Cosmetic Dentistry, PLLC; West End Dental, PLLC; Laudan Izadi, D.D.S.;<br><br>Plaintiffs,<br><br>v.<br><br>BTL Industries, Inc.; MMP Capital, LLC; Marlin Leasing Corporation d/b/a PEAC Solutions<br><br>Defendants. | Case Number: 1:25-cv-01332-AHA |

**NOTICE OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of the undersigned counsel as attorney of record for Plaintiffs, Dupont Smiles Family & Cosmetic Dentistry, PLLC; West End Dental, PLLC; Laudan Izadi, D.D.S. in the above-captioned matter.

Dated: May 13, 2025                                                  Respectfully submitted,

                                                                                   */s/ Carmita Hedman Sequeira*
                                                                                   Carmita Hedman Sequeira
                                                                                   Virginia Bar No. 97672
                                                                                   Hedman Sequeira Law, PLLC
                                                                                   2111 Wilson Blvd., Suite 800
                                                                                   Arlington, VA 22201
                                                                                   (703) 883-7808
                                                                                   chsequeira.law@gmail.com
                                                                                   *Attorney for Plaintiffs*