IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BTL INDUSTRIES, INC., *et al.* <br><br> Defendants. | Case No.: 1:25-CV-1332 |

### DECLARATION OF DAVID CHMEL IN SUPPORT OF DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS

I, David Chmel, as CEO of BTL Industries, Inc., under penalty of perjury state the following:

1. I am over the age of 18.

2. I am employed by BTL Industries, Inc. ("BTL") as CEO.

3. I have personal knowledge of the facts contained in this certification and, if called as a witness, will competently testify to those facts.

4. In my capacity as CEO, I have the authority to make this certification.

5. I am familiar with the business and the types of documents and records that BTL receives, creates, and relies on in the regular course of its business.

6. I submit this certification in support of Defendant BTL's Motion to Dismiss.

7. A true and correct copy of BTL's Purchase Agreement with Dr. Laudan Izadi, Dupont Smiles Family & Cosmetic Dentistry, PLLC, and West End Dental, PLLC, signed by Dr. Laudan Izadi, is attached as Exhibit A hereto.

1

8. The attached business records were made at or near the time of the occurrence of the execution of the agreement by Dr. Izadi, Dupont Smiles Family & Cosmetic Dentistry, PLLC, and West End Dental, PLLC.

9. The attached business records were made by a person with knowledge of those matters.

10. The attached business records were kept in the course of BTL's regularly conducted business activity.

11. It is the regular business practice of BTL to record such matters.

Under penalties of perjury, on this 27th day of June, 2025, I declare that I have read the foregoing declaration and that the facts stated in it are true.

_____
David Chmel, in my capacity as CEO
of BTL Industries, Inc.