IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, *et al.* ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 1:25-CV-1332 |
| BTL INDUSTRIES, INC., *et al.* ) ) | |
| Defendants. ) ) | |

[PROPOSED] ORDER

   THIS MATTER comes before this Court on Motion to Dismiss Complaint pursuant to the doctrine of forum non conveniens and Fed. R. Civ. P. 12(b)(6) filed by Defendant BTL Industries, Inc.  Upon consideration of the parties' motions, any opposition thereto, and for good cause shown, it is accordingly;

   ORDERED that Defendant BTL Industries, Inc.'s Motion to Dismiss is GRANTED; and it is further

   ORDERED that the Complaint is dismissed, with prejudice, as against Defendant BTL Industries, Inc.

   The Court directs the Clerk to send a copy of this Order to all parties and counsel of record.

Entered: _____, 2025                    _____
                                                                        JUDGE AMIR H. ALI