# Exhibit 1



---

**Subject:** Dupont v. PEAC--
**Date:** Friday, August 14, 2026 at 5:25:31 PM Eastern Daylight Time
**From:** Scott Newton <newton@manassaslaw.com>
**To:** Lars Liebeler <LLiebeler@LHL-LawFirm.com>
**CC:** Kevin Fernandez <fernandez@manassaslaw.com>, Carmita Hedman Sequeira <chsequeira.law@gmail.com>

Hi Lars,

My client does not agree with transferring venue to either NY or MA. They want to keep it here in DC.

What are your thoughts on this piece of the puzzle?

Have a good weekend.

Scott



**Scott Newton** Esquire
Partner
*The Manassas Law Group, P.C.*

MLG

newton@manassaslaw.com
+1 571 719 3302 direct
+1 703 361 8246 ext. 105 office
+1 703 361 4171 fax
www.manassaslaw.com
9255 Lee Avenue, Manassas VA 20110
Pay Attorney Fees Online
Schedule a Consultation Online

SAVE CONTACT