Exhibit 2

PEAC™ SOLUTIONS

PEACsolutions.com
P: 888-479-9111 / F: 888-479-1100
300 Fellowship Road, Mt. Laurel, NJ 08054

## FINACE APPROVAL - TERM SHEET

**Prepared for:** West End Dental LLC
**Equipment:** BTL Emface
**Equipment Cost:** $266,490.00

**Term:** 61 Months
**Structure:** 1 @ $100,000.00 followed by 60 @ $7,605.95
**Onetime Doc Fee:** $485.00
**APR:** 8.99%

X [signature]
Laudan Izadi - Authorized Signature

X__________
Date