**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MARLIN LEASING CORPORATION d/b/a PEAC SOLUTIONS**<br><br>**Defendant.** | **Case No.: 1:25-cv-1332 (AHA)** |

**AFFIDAVIT OF LARS H. LIEBELER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MARLIN LEASING MOTION TO TRANSFER**

I, Lars H. Liebeler, declare as follows:

1. I am over eighteen years of age and a member in good standing of the District of Columbia Bar and of the bar of this Court. I am counsel of record for Plaintiffs Dupont Smiles Family & Cosmetic Dentistry PLLC, West End Dental, PLLC, and Laudan Izadi, D.D.S. in this action. I have personal knowledge of the facts stated in this Affidavit, and if called as a witness I could and would testify competently to them.

2. On October 14, 2026 I conducted the following internet searches of publicly available materials. True and correct copies of the documents referenced below are attached as Exhibits A-F to this affidavit.

3. I accessed the publicly available database for the Delaware Secretary of State's Office at: https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx. Using the search term "Marlin Leasing" I obtained the certificate showing that Marlin Leasing

Corporation is a Delaware corporation and that it was incorporated on June 16, 1997. A true and correct copy of the certificate is attached to this Affidavit as **Exhibit A**.

4. I accessed the publicly available database for the New Jersey Department of the Treasury Office at: https://www.njportal.com/dor/businessrecords/EntityDocs/BusinessCopies.aspx Using the search term "Marlin Leasing" I obtained the certificate showing that Marlin Leasing Corporation was licensed to do business as a foreign corporation on June 16, 1997 and maintained a main office or headquarters and a registered agent for service of process in the State of New Jersey. According to the State Treasurer of New Jersey, Marlin Leasing Corporation is active and in good standing in the State of New Jersey as of this date, October 14, 2026. A true and correct copy of the New Jersey records are attached to this Affidavit as **Exhibit B**.

5. I accessed the PEAC Solutions website at: https://peacsolutions.com/resources/peac-solutions-unveils-upcoming-rebrand-as-peac-solutions/. Attached to this Affidavit as **Exhibit C** is a press release / statement issued from Mt. Laurel, New Jersey announcing the "rebranding" of Marlin Leasing as PEAC Solutions. There is no reference to any Pennsylvania offices for PEAC Solutions or Marlin Leasing Corporation in the document. Also included in Exhibit C is a true and correct two page excerpt from a Marlin Leasing Corporate SEC filing in 2024 identifying Marlin's headquarters in Mt. Laurel, New Jersey. This excerpt was obtained from a search of the following url:

   https://www.sec.gov/Archives/edgar/data/1542155/000119312524157534/d849465dex991.htm

6. I again accessed the New Jersey Department of Treasury website located at the following url: https://www.njportal.com/DOR/BusinessNameSearch/Search/BusinessName. Using the search term "Marlin Leasing Corporation" in the business name field I

obtained a listing of 31 different extant entities with the Marlin Leasing name listed as separate entities, including Marlin Leasing Corporation. A true and accurate copy of those listing is attached to this Affidavit as **Exhibit D**.

7. I accessed the Pennsylvania Secretary of State's website at the following url: https://file.dos.pa.gov/search/business. Using the search term "Marlin Leasing Corporation" I was able to retrieve documents showing that Marlin is a foreign corporation under Pennsylvania law and that in 2025 changes its registered agent address to 5235 North Front Street. A true and correct copy of those documents are attached to this Affidavit as **Exhibit E**. No headquarters or principal place of business is listed in the Pennsylvania corporate records.

8. Using the 5235 North Front Street address from Exhibit E, I was able to access the locations page for Corporation Service Company at the following url: https://www.cscglobal.com/service/entity-solutions/registered-agent-services/service-of-process/sop-locations/. A document obtained from that website indicates that CSC maintains a registered agent office at 5235 North Front Street in Harrisburg, Pennsylvania. A true and correct copy of that website page confirming this address is attached to this Affidavit as **Exhibit F**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026.

______________________________

Lars H. Liebeler

Type text here

# Liebeler Affidavit -- Exhibit A

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **2762809** | Incorporation Date / Formation Date: | **6/16/1997** (mm/dd/yyyy) |
| Entity Name: | **MARLIN LEASING CORPORATION** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*CERTIFICATE OF ALTERNATE NAME*

Liebeler Affidavit
Exhibit B

***MARLIN LEASING CORPORATION***
***0100710866***

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on the 19th of April, 2023, file and record in this department a Certificate of Alternate Name.

1. **Business Name:** MARLIN LEASING CORPORATION

2. **New Jersey Business Entity ID:** 0100710866

3. **Alternate Name:**

**Name:** PEAC SOLUTIONS

**Activity To Be Conducted Using Alternate Name**
COMMERCIAL EQUIPMENT FINANCING AND LEASING

**Alternate Name is Valid Until:** 04/19/2028

**Signature and Title**

GREGORY STING, CHIEF EXEC. OFFICER (CEO)

THE GREAT SEAL OF THE STATE OF NEW JERSEY
LIBERTY AND PROSPERITY
1776

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 19th day of April, 2023*

*Elizabeth M. Muoio*
*State Treasurer*

*Certificate Number : 4205214089*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

New Jersey Department of State
Division of Commercial Recording
Application for Certificate of Authority
(For Use by Foreign Profit and Nonprofit Corporations)

C-113 Rev. 12/93

FR

**FILED**

JUN 25 1997

LONNA R. HOOKS
Secretary of State

Check Appropriate Statute:

[X] N.J.S.A. 14A:13-4 et seq. — New Jersey Profit Corporation Act (File in Duplicate)

[ ] N.J.S.A. 15A:13-4 et seq. — New Jersey Nonprofit Corporation Act (File In Triplicate)

Pursuant to the provisions of the appropriate Statute, checked above, of the New Jersey Statutes, the undersigned corporation hereby applies for the Authority to conduct business/activities in New Jersey and for that purpose certifies to the following:

1. Name of Corporation: Marlin Leasing Corporation
2. Incorporated under the laws of: Delaware
3. Date of Foreign Incorporation: June 16, 1997
4. The address of its main office or headquarters is: 51 Haddonfield Rd., Suite 105, Cherry Hill, New Jersey 08002
(Street and postal designation)

(City) (State) (Zip)

5. The name and address of its Registered Agent in New Jersey is: Corporation Service Co.
830 Bear Tavern Rd.
West Trenton, NJ 08628
(Agent's Name)

(Street and postal designation)

(City) (State) (Zip)

Said Registered Agent is an agent of the corporation upon whom process against the corporation may be served.

6. The period of its duration is: Perpetual
7. The business/activities which the corporation is authorized to conduct in New Jersey, and which it is also authorized to conduct in its home jurisdiction are: Equipment leasing and all other activities which corporations may engage in.

Note: Attach a **Good Standing Certificate** from the home state dated no more than **30 days** prior to filing in New Jersey.

Signature: [signature]

Gary R. Shivers

Title: President — Date: June 23, 1997
(Must be Chairperson of the Board, President, or Vice President)

265985
495111

0100710866

PAGE 1

### State of Delaware

# Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "MARLIN LEASING CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF JUNE, A.D. 1997.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.



Edward J. Freel, Secretary of State

2762009 8300

971206595

AUTHENTICATION: 8524012

DATE: 06-25-97

C-104G Rev. 7/1/02

CAO

FILED
MAR 15 2021
STATE TREASURER

New Jersey Division of Revenue

# CERTIFICATE of CHANGE of REGISTERED OFFICE &/or REGISTERED AGENT

*(For Use by Domestic and Foreign, Profit and Non-profit Corporations)*

0100710866

Corp ID #: 0100710866

CORPORATION NAME:

MARLIN LEASING CORPORATION

STATE OF ORIGINAL INCORPORATION:

DE

**IMPORTANT - INCLUDE INFORMATION ON BOTH THE PRIOR AND NEW AGENT**

| PRIOR AGENT | | | NEW AGENT | | |
|---|---|---|---|---|---|
| PRIOR AGENT NAME: | | | NEW AGENT NAME: | | |
| C T CORPORATION SYSTEM | | | Corporation Service Company | | |
| PRIOR AGENT STREET ADDRESS | | | NEW AGENT STREET ADDRESS | | |
| 820 BEAR TAVERN ROAD | | | Princeton South Corporate Ctr, Ste 160<br>100 Charles Ewing Blvd | | |
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| WEST TRENTON | NJ | 08628 | Ewing | NJ | 08628 |

The corporation states that the address of its new registered office and the address of its new registered agent are identical. Further, the changes designated on this form were authorized by resolution duly adopted by its board of directors or members.

By [signature] (Signature of Officer)
Jill Cimi

Must be signed by COB, Pres. or V.P. ONLY

Title Vice President (Type)

Date: 03/10/2021

**NOTE** - This form must be executed by the chairman of the board, the president, or the vice president of the corporation.

**FEES:** Change of Agent Name-$25.00
Change of Agent Address-$25.00
Change of Both-$25.00

MAIL TO: NJ Division of Revenue
PO Box 308
Trenton, NJ 08646

Make checks payable to: TREASURER, STATE of NEW JERSEY (NO CASH PLEASE)

S319480
35476435

***STATE OF NEW JERSEY***
***DEPARTMENT OF THE TREASURY***
***DIVISION OF REVENUE AND ENTERPRISE SERVICES***
***LONG FORM STANDING WITH CHARTER DOCUMENTS***

***MARLIN LEASING CORPORATION***
*0100710866*

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-named Delaware Foreign For-Profit Corporation was registered by this office on June 25, 1997.*

*As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.*

*I further certify that the registered agent and office are:*

*CORPORATION SERVICE COMPANY*
*PRINCETON SOUTH CORPORATE CENTER,*
*SUITE 160, 100 CHARLES EWING BLVD*
*EWING, NJ 08628*

*I further certify that as of the date of this certificate, the following amendments and changes are on file in this office:*

| | |
|---|---|
| ALTERNATE NAME FILING | 05/30/2006 |
| ALTERNATE NAME RENEWAL | 05/30/2011 |
| Annual Report filing with officer/member change | 05/26/2014 |
| TERMINATION OF ALTERNATE NAME | 02/12/2015 |
| ALTERNATE NAME FILING | 02/26/2015 |
| Annual Report filing with officer/member change | 06/08/2015 |
| Annual Report filing with officer/member change | 06/06/2016 |
| Annual Report filing with officer/member change | 03/28/2018 |
| CHANGE OF REGISTERED AGENT | 02/19/2019 |
| Annual Report filing with officer/member change | 03/19/2019 |
| Annual Report filing with officer/member change | 05/31/2020 |
| CHANGE OF AGENT AND OFFICE | 03/15/2021 |

*Continued on next page...*

***STATE OF NEW JERSEY***
***DEPARTMENT OF THE TREASURY***
***DIVISION OF REVENUE AND ENTERPRISE SERVICES***
***LONG FORM STANDING WITH CHARTER DOCUMENTS***

***MARLIN LEASING CORPORATION***
*0100710866*

| | |
|---|---|
| *MULTIPLE CHANGE OF REGISTERED OFFICE* | *04/29/2021* |
| *Annual Report filing with officer/member change* | *05/27/2021* |
| *Annual Report Filing with address change* | *05/27/2021* |
| *Annual Report filing with officer/member change* | *06/03/2022* |
| *Annual Report filing with officer/member change* | *04/05/2023* |
| *ALTERNATE NAME FILING* | *04/19/2023* |
| *Annual Report filing with officer/member change* | *05/15/2024* |
| *Annual Report filing with officer/member change* | *05/15/2025* |




*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 14th day of October, 2026*

Aaron Binder

*Aaron Binder*
*State Treasurer*

*Certificate Number : 6182380471*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

Liebeler Affidavit
Exhibit C

# MARLIN UNVEILS UPCOMING REBRAND AS PEAC SOLUTIONS



July 25, 2022

**MOUNT LAUREL, N.J**.: Marlin Leasing Corporation®, was recently acquired by funds managed by HPS Investment Partners LLC and will be rebranded as PEAC Solutions. The PEAC family of finance companies includes PEAC UK and PEAC Europe, and collectively operates in 12 countries with balance sheet lease assets of over $5.1 billion and annual originations of more than $2.72 billion.

As Global CEO Bill Stephenson, said, "The goal of this new positioning of Marlin Capital Solutions as PEAC Solutions, is to cement the creation of a seamless global entity. This will be accomplished through a completely cloud-based operations system, while providing customers with the best equipment leasing experts in the world. The PEAC Solutions brand stands for Pan-European Americas Capital Solutions."

Stephenson went on to say, “We want to build on the success that Manage consent ions has demonstrated since its founding by folding it into our global footprint. Our goal is to provide consistent value to our customers whether they operate in Europe or in the United States. This rebrand will provide the consistency we’re looking for across all HPS platforms, and we think it will provide more clarity to our clients, too. Everyone at HPS, and at Marlin Capital Solutions, is really excited for this brand consolidation.”

Tom Lyle, Global COO, shared his point of view, “PEAC’s reputation throughout Europe is unmatched. By rebranding Marlin Capital Solutions under the PEAC name, we expect that our clients and partners will experience a greater level of consistency in our product offerings and the financial solutions we are able to provide on a domestic and international level.” Lyle concluded, “Coming together under one brand reflects our shared ambition to be the best equipment finance company in the world.”

Marlin Leasing Corporation will begin operating as PEAC Solutions in the coming months. The current financial products offered, and their terms, will not change for current customers. New leasing options will become available over the following months, as PEAC Solutions aligns with the product offerings of other PEAC locations.

**ABOUT MARLIN LEASING CORPORATION AND PEAC SOLUTIONS** – Marlin Leasing Corporation, a part of Marlin Business Services Corp., has been a provider of capital solutions for small businesses across the United States for 25 years. In addition to supporting small business owners, Marlin Capital Solutions offers financing programs to equipment manufacturers, distributors, dealers, and others. PEAC UK and PEAC Europe are independent providers of asset financing across Europe and the UK, servicing large corporations as well as small and medium-sized businesses. They provide leasing solutions across a broad range of asset classes, from business equipment to plant and heavy machinery.

NAVIGATE

JETSET

Austria
Czech Republic
France
Germany
Hungary
Italy
Poland
Spain
Sweden
United Kingdom

ENGAGE

SITESEE

Terms of Use
Privacy Policy
California Privacy
Sitemap

PEAC™

About PEAC

Customer Portal

Partner Portal

Apply

Resources

Help Desk

Contact Us

Global

PEAC™ IS A TRADEMARK OF MARLIN LEASING CORPORATION®. ALL RIGHTS RESERVED.

Equipment Financing is provided by Marlin Leasing Corporation. Working Capital Loans are originated by WebBank.

**Exhibit 1**

**Marlin Leasing Corporation DBA PEAC Solutions**

**PEAC Solutions Receivables 2024-1 LLC, Series 2024-1 Transaction**

**Consultant Report**

**May 31, 2024**

**For information related to this report, contact:**

CBIZ MHM, LLC
1001 Conshohocken State Road, Ste. 1-406
West Conshohocken, PA 19428-2906

M. Michael Aquino
Lead Managing Director
(610) 862-2737
maquino@cbiz.com

Steven Pastore
Director
610-862-2444
spastore@cbiz.com

***THIS REPORT IS FOR CLIENT'S INTERNAL USE ONLY AND SHOULD NOT BE RELIED UPON BY ANY THIRD PARTY.***

CBIZ
YOUR TEAM.

**Consultant Engagement**

| | |
|---|---|
| Client and Seller Name: | Marlin Leasing Corporation DBA PEAC Solutions<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Company and Issuer Address: | PEAC Solutions Receivables 2024-1 LLC<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Client and Company Principal Contact: | Mathew Petrick |
| Client and Company Phone Number: | (888) 479-9111 |

| | |
|---|---|
| Consultants: | Steven Pastore<br>David Aquino |
| Report Date: | May 31, 2024 |
| Engagement Dates: | May 3 - 31, 2024 |

Client and Company Contact: Mathew Petrick – Chief Financial Officer

Liebeler Affidavit Exhibit D

# Business Name Search

Required Fields [ * ]

## Search Criteria

**Business Name ***

Marlin Leasing

Use "%" as a wildcard

Search Cancel

**Show** 50 **entries**

| Business Name | Entity Id | City | Type | Incorporated Date |
|---|---|---|---|---|
| MARLIN LEASING ASSOCIATES, INC. | 0100425110 | OLD BRIDGE | DP (Domestic Profit Corporation) | 8/21/1989 |
| MARLIN LEASING CORPORATION | 0100710866 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 6/25/1997 |
| MARLIN LEASING RECEIVABLE CORP . III | 0100828970 | RENO | FR (Foreign For-Profit Corporation) | 9/18/2000 |
| MARLIN LEASING RECEIVABLE CORP. XII | 0100997114 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 11/17/2008 |
| MARLIN LEASING RECEIVABLES | 0100797822 | RENO | FR (Foreign For-Profit Corporation) | 11/4/1999 |

| | | | | |
|---|---|---|---|---|
| CORP. I | | | | |
| MARLIN LEASING RECEIVABLES CORP. II | 0100771627 | MT LAUREL | FR (Foreign For-Profit Corporation) | 2/10/1999 |
| MARLIN LEASING RECEIVABLES CORP. IV | 0100837033 | MT LAUREL | FR (Foreign For-Profit Corporation) | 12/18/2000 |
| MARLIN LEASING RECEIVABLES CORP. IX | 0100949846 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 8/5/2005 |
| MARLIN LEASING RECEIVABLES CORP. V | 0100853066 | MT LAUREL | FR (Foreign For-Profit Corporation) | 6/12/2001 |
| MARLIN LEASING RECEIVABLES CORP. VI | 0100881520 | MT LAUREL | FR (Foreign For-Profit Corporation) | 6/14/2002 |
| MARLIN LEASING RECEIVABLES CORP. VII | 0100905797 | MT LAUREL | FR (Foreign For-Profit Corporation) | 6/9/2003 |
| MARLIN LEASING RECEIVABLES CORP. VIII | 0100928740 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 7/1/2004 |
| MARLIN LEASING RECEIVABLES CORP. X | 0100968147 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 9/14/2006 |
| MARLIN LEASING RECEIVABLES CORP. XI | 0100985366 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 10/15/2007 |
| MARLIN LEASING RECEIVABLES CORP. XII | 0101006678 | MOUNT LAUREL | FR (Foreign For-Profit Corporation) | 1/29/2010 |
| MARLIN LEASING | 0101011310 | MOUNT LAUREL | FR (Foreign For-Profit | 9/21/2010 |

| | | | | |
|---|---|---|---|---|
| RECEIVABLES CORP. XIII | | | Corporation) | |
| MARLIN LEASING RECEIVABLES II LLC | 0600063251 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 2/16/1999 |
| MARLIN LEASING RECEIVABLES III LLC | 0600098193 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 9/18/2000 |
| MARLIN LEASING RECEIVABLES IV LLC | 0600104348 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 12/18/2000 |
| MARLIN LEASING RECEIVABLES IX LLC | 0100949848 | | FR (Foreign For-Profit Corporation) | 8/5/2005 |
| MARLIN LEASING RECEIVABLES IX LLC | 0600244305 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 8/5/2005 |
| MARLIN LEASING RECEIVABLES LLC | 0600077645 | LAS VEGAS | FLC (Foreign Limited Liability Company) | 11/4/1999 |
| MARLIN LEASING RECEIVABLES V LLC | 0600116899 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 6/12/2001 |
| MARLIN LEASING RECEIVABLES VI LLC | 0600143394 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 6/14/2002 |
| MARLIN LEASING RECEIVABLES | 0600171893 | MOUNT LAUREL | FLC (Foreign Limited | 6/9/2003 |

| | | | | |
|---|---|---|---|---|
| VII LLC | | | Liability Company) | |
| MARLIN LEASING RECEIVABLES VIII LLC | 0600206910 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 7/1/2004 |
| MARLIN LEASING RECEIVABLES X LLC | 0600279520 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 9/14/2006 |
| MARLIN LEASING RECEIVABLES XI LIMITED LIABILITY COMPANY | 0400199191 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 10/5/2007 |
| MARLIN LEASING RECEIVABLES XI LLC | 0600311213 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 10/15/2007 |
| MARLIN LEASING RECEIVABLES XII LLC | 0600355013 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 1/29/2010 |
| MARLIN LEASING RECEIVABLES XIII LLC | 0600364465 | MOUNT LAUREL | FLC (Foreign Limited Liability Company) | 9/21/2010 |

Showing 1 to 31 of 31 entries

« Previous Next »

## Support

Division of Revenue & Enterprise Services Web Site
Help

## Policies & Procedures

Privacy Policy

Accessibility Policy
Security Policy

Department of the
Treasury
P.O. Box 450
Trenton, NJ (New
Jersey) 08646-0303

Liebeler Affidavit Exhibit E

Pennsylvania Secretary of State Entity Search – Marlin Leasing Corporation



An Official Pennsylvania Government Website

pennsylvania DEPARTMENT OF STATE

Business UCC Trademark CROP Login

Home
Search
Initial Forms
Help

**Business Search**

*As of 10/14/2026 we have processed all business filings received in our office through 10/12/2026.*

Business Search Info:

Marlin Leasing

Advanced

Results: 1

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| MARLIN LEASING CORPORATION (3147180) | 06/02/2003 | Active | Foreign Business Corporation | DELAWARE | Corporation Service Company |

MARLIN LEASING CORPORATION (3147180)

File Annual Report | Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/02/2003 |
| Status | Active |
| Formed In | DELAWARE |
| Filing Type | Foreign Business Corporation |
| Annual Report Due Date | Over Due |
| Registered Office | Corporation Service Company |
| County | Dauphin |

View History | Request Access



History

Collapse All

Registered Agent/Office Statement of Change (by agent) - 3/3/2025

Amendment Type: Registered Agent/Office Statement of Change (by agent)
Control ID: 0014208808
Date: 3/3/2025

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent Physical Address 1 | 2595 Interstate Drive, Suite 103 | 5235 NORTH FRONT STREET |

Amendment of Foreign Registration Statement - 3/12/2021

Amendment Type: Amendment of Foreign Registration Statement
Control ID: 0010770574
Date: 3/12/2021
Effective After: 3/12/2021

| Field Name | Changed From | Changed To |
|---|---|---|
| Filing Name | | MARLIN LEASING CORPORATION |

Initial Filing - 6/2/2003

Amendment Type: Initial Filing
Control ID: 0003147180
Date: 6/2/2003
Effective After: 6/2/2003

Liebeler Affidavit Exhibit F

Corporation Service Company – Harrisburg, PA Location

