**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MARLIN LEASING CORPORATION d/b/a PEAC SOLUTIONS**<br><br>**Defendant.** | **Case No.: 1:25-cv-1332 (AHA)** |

# [PROPOSED] ORDER

Upon consideration of Defendant Marlin Leasing Corporation d/b/a PEAC Solutions' Motion to Transfer Case (ECF No. 48), Plaintiffs' Opposition thereto, any reply, and the entire record in this matter, it is hereby

ORDERED that Defendant's Motion to Transfer Case (ECF No. 48) is DENIED.

SO ORDERED.

Dated: ____________________, 2026

______________________________
AMIR H. ALI
United States District Judge

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of entry of this Order:

Lars H. Liebeler
Lars Liebeler, PC
900 7th Street, N.W., Suite 725
Washington, D.C. 20001
LLiebeler@LHL-LawFirm.com
Counsel for Plaintiffs

Carmita Hedman Sequeira (pro hac vice)
Hedman Sequeira Law PLLC
2111 Wilson Blvd., Suite 800
Arlington, VA 22201
chsequeira.law@gmail.com
Counsel for Plaintiffs

Kevin Fernandez
The Manassas Law Group, P.C.
9255 Lee Avenue
Manassas, VA 20110
fernandez@manassaslaw.com
Counsel for Defendant

Scott Jeffrey Newton
The Manassas Law Group, P.C.
9255 Lee Avenue
Manassas, VA 20110
newton@manassaslaw.com
Counsel for Defendant